## Form 1
### Individual Estate Property Record and Report
### Asset Cases

Page: 1

**Case Number:** 3:19-BK-31808 SHB  
**Case Name:** Cornerstone Roofing Services, LLC  
**Period Ending:** 06/30/21

**Trustee:** (620220)   Ann Mostoller  
**Filed (f) or Converted (c):** 06/06/19 (f)  
**§341(a) Meeting Date:** 08/06/19  
**Claims Bar Date:**

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2005 F250 truck 200,000+ miles.<br>Imported from original petition Doc# 1 | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 2 | Cash on hand<br>Imported from original petition Doc# 1 | 400.00 | 400.00 | | 0.00 | FA |
| 3 | 2 office desks and 4 chairs.<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 4 | Other inventory or supplies: Roofing materials,<br>Imported from original petition Doc# 1 | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 5 | Generator, roof cutter.<br>Imported from original petition Doc# 1 | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 6 | First Bank acct # 0846  (u) | 442.56 | 442.56 | | 442.56 | FA |
| 7 | possible embezzlement case against Tara  (u) | Unknown | 1.00 | | 0.00 | 1.00 |
| 7 | **Assets**   **Totals** (Excluding unknown values) | **$5,342.56** | **$5,343.56** | | **$442.56** | **$1.00** |

**Major Activities Affecting Case Closing:**

2021 - Subpoenaed bank documents for Asst. D.A. to aid with the embezzlement lawsuit.  D.A. has no opinion on whether the case will be prosecuted or when the investigation will conclude.

2020 - Employed MSWA 2/24/20 to investigate and pursue recovery of an alleged embezzlement case with an employee of his company.  Subpoenaed SunTrust bank records and corresponded with detectives.  Waiting on debtor to get bank records from us and annotate withdrawals and indicate checks that were allegedly forged.

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 3:19-BK-31808 SHB  
**Case Name:** Cornerstone Roofing Services, LLC  
**Period Ending:** 06/30/21

**Trustee:** (620220)   Ann Mostoller  
**Filed (f) or Converted (c):** 06/06/19 (f)  
**§341(a) Meeting Date:** 08/06/19  
**Claims Bar Date:**

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** September 30, 2021    **Current Projected Date Of Final Report (TFR):** September 30, 2021